STOVALL & ASSOCIATES
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258-3034
Attorneys for plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GRACE THOMPSON; individually
and as the Personal Representative
of the Estate of Lucky Thompson,

    Plaintiffs,

v.

UNIVERSITY MEDICAL CENTER,
a political subdivision of the County
of Clark; MASON VANHOUWEILING,
individually; DEBORAH FOX,
individually; and DOES I-XX,
_____

)
) Case No. 2:18-cv-1803-APG-VCF
)
)
)
)
)
)  **ORDER**
)
)
)
)
)
)
)

## STIPULATION TO EXTEND TIME FOR PLAINTIFF'S FILING OF OPPOSITION AND REPLIES TO DEFENDANT UNIVERSITY MEDICAL CENTER'S MOTION TO DISMISS

**(Second Request)**

  The parties through their respective counsel hereby stipulate to extend the time for filing of the Plaintiff's opposition to Defendant University Medical Center's Motion to Dismiss and the joinders therte (ECF No. 5) from November 1, 2018 to November 5, 2018 and the filing of the defendant's replies to the Plaintiff's opposition to the motion to dismiss to November 20, 2018. This is the second request for an extension of time to file an opposition and reply to Defendant University Medical Center's motion to dismiss.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 5, 2018.

*Case No. : 2:18-cv-01803-APG-VCF*
*Second Request to Extend time*

Dated this 1, November, 2018

/s/ Leslie Mark Stovall
_____
Leslie M Stovall, Esq.
Stovall & Associates
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258-3034
Fax: (702) 258-0093
Email: lynn@lesstovall.com


Dated this 1, November, 2018

/s/ Matthew T Dushoff
_____
Matthew T Dushoff, Esq.
Scott D. Fleming, Esq.
Kolesar & Leatham, Chtd.
400 South Rampart, Suite 400
Las Vegas, NV 89145
702-362-7800
Fax: 702-362-9472
Email: mdushoff@klnevada.com

*Case No. : 2:18-cv-01803-APG-VCF*
*Second Request to Extend time*

It is so ordered this __ day of November, 2018

_____
District Court Judge

DATED this 1, day of November, 2018

STOVALL & ASSOCIATES

/s/ Leslie Mark Stovall

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, Nevada 89107